UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TINA CHRISTINE,

    Plaintiff,

v.                                                                    CASE NO. 8:21-cv-1792-SDM-SPF

DOLLAR TREE STORES, INC.,

    Defendant.

_____/

**ORDER**

In accord with the plaintiff's notice (Doc. 10) this action is **DISMISSED**

**WITHOUT PREJUDICE** under Rule 41(a)(1)(A)(i), Federal Rules of Civil

Procedure.  The clerk is directed to close the case.

ORDERED in Tampa, Florida, on August 16, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE